UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————X

CEMENT MASONS' LOCAL 780 PENSION FUND, BY ITS
BOARD OF TRUSTEES MICHAEL RENDINA, PASQUALINO
D'ANGELO, EDDIE BARBARIA, MICHAEL SALGO, JOSEPH
MITRIONE AND KEVIN O'BRIEN, ANNUITY AND WELFARE
FUNDS OF THE NORTHEAST DISTRICT COUNCIL OF THE
OPERATIVE PLASTERERS' AND CEMENT MASONS'
INTERNATIONAL ASSOCIATION, BY THEIR BOARD OF
TRUSTEES DALE ALLEYNE, MICHAEL RENDINA, EDDIE
BARBARIA, DAVID GENTILLE, PASQUALINO D'ANGELO,
MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN,
JOSEPH MITRIONE and DAVID RAMPONE, APPRENTICESHIP
FUND OF THE NORTHEAST DISTRICT COUNCIL OF THE
OPERATIVE PLASTERERS' AND CEMENT MASONS'
INTERNATIONAL ASSOCIATION BY ITS BOARD OF
TRUSTEES DALE ALLEYNE, MICHAEL RENDINA, EDDIE
BARBARIA, DAVID GENTILLE, MICHAEL PATTI, MICHAEL
SALGO, KEVIN O'BRIEN and JOSEPH MITRIONE, LABOR
MANAGEMENT COOPERATION FUND OF THE NORTHEAST
DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND
CEMENT MASONS' INTERNATIONAL ASSOCIATION BY ITS
BOARD OF TRUSTEES DALE ALLEYNE, EDDIE BARBARIA,
MICHAEL RENDINA, PASQUALINO D'ANGELO, MICHAEL
PATTI, MICHAEL SALGO, KEVIN O'BRIEN and JOSEPH
MITRIONE, and LOCAL 780 OF THE OPERATIVE PLASTERERS'
AND CEMENT MASONS' INTERNATIONAL ASSOCIATION OF
THE UNITED STATES AND CANADA, AFL-CIO by its BUSINESS
MANAGER/FINANCIAL SECRETARY MICHAEL RENDINA,

**DEFAULT JUDGMENT**

25-CV-8611 (JPO)

Plaintiffs,

-against-

COMMODORE MAINTENANCE CORP.,

Defendant.

————————————————————————————X

**J. Paul Oetken, United States District Judge:**

    **WHEREAS**, Plaintiffs, commenced the above-captioned action against Defendant COMMODORE

MAINTENANCE CORP. on October 17, 2025, under Sections 502 and 515 of the Employee Retirement Income

Security Act of 1974, as amended, 29 U.S.C. §§ 1132 and 1145, and Section 301 of the Labor Management

Relations Act of 1947, as amended, 29 U.S.C. § 185 in order to recover fringe benefit contributions based upon the breach of the terms and conditions of a collective bargaining agreement; and

WHEREAS, after Defendant failed to appear or otherwise defend this action, the Clerk of the Court entered default against Defendant on December 12, 2025; and

WHEREAS, Defendant has failed to respond to the motion.

NOW, THEREFORE, IT IS ADJUDGED AND DECREED, that Plaintiffs' motion for a default judgment against Defendant is GRANTED and Plaintiffs are awarded the following damages in the total amount of $ 109,608.38  which have been calculated as follows:

1. $74,069.52 in unpaid contributions;

2. $2,543.82 in interest as calculated in the underlying deficiency report through September 30, 2025;

3. $14,813.90 in liquidated damages;

4. $7,406.95 in an administrative charge;

5. $3,671.25 in attorney's fees;

6. $528.00 in costs;

7. additional prejudgment interest calculated on the contributions owed from October 1, 2025 through January 20, 2026 (the date of filing of the motion for a default judgment) in the amount of $4,091.07[1]; and

8. additional prejudgment interest from January 21, 2026 through the date of entry of judgment in the amount of $ 2,483.87[2].

SO ORDERED:

The Clerk of Court is directed to close the motion at Docket Number 16 and close this case.

Dated: March 30, 2026

_____
J. PAUL OETKEN
United States District Judge

---

[1] In accordance with the interest formula identified in the Affidavit of Richard Bamberg sworn to on January 20, 2026  6, interest has been calculated as follows: [(112 (number of days from October 1, 2025 through January 20, 2026)) x .18/365 x $74,069.52].

[2] Interest has been calculated as follows: [(number of days from January 21, 2026 through Mar. 30, 26) x .18/365 x $74,069.52].